920 A.2d 100

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ABDUL WEBSTER, DEFENDANT-APPELLANT.

Argued March 19, 2007—Decided April 25, 2007.

*Ruth Bove Carlucci,* Assistant Deputy Public Defender, argued the cause for appellant (*Yvonne Smith Segars,* Public Defender, attorney; *Barbara A. Hedeen,* Assistant Deputy Public Defender, on the letter brief).

*Lisa A. Puglisi,* Deputy Attorney General, argued the cause for respondent (*Stuart Rabner,* Attorney General of New Jersey, attorney).

*Peter J. Gallagher,* submitted a brief on behalf of *amicus curiae,* Association of Criminal Defense Lawyers of New Jersey (*Greenberg Traurig,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Payne's opinion of the Appellate Division, reported at 383 *N.J.Super.* 432, 892 *A.*2d 688 (2006).

*For affirmance*—Chief Justice ZAZZALI and Justices LONG, LaVECCHIA, ALBIN, WALLACE, RIVERA–SOTO, and HOENS—7.

*Opposed*—None.